UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY JENSON,<br>P.O. Box 35<br>Spirit Lake, ID 83869<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Washington, DC 20591<br><br>        Defendant<br><br>and<br><br>NATIONAL AIR TRAFFIC CONTROLLERS<br>ASSOCIATION,<br>1325 Massachusetts Avenue, N.W.<br>Washington, DC 20005<br><br>        Defendant | Civil Action No. _____ |

## NOTICE OF REMOVAL

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(b), 1442(a) and 1446. In support of this Notice, the Attorney General states as follows:

1. On January 29, 2007, plaintiff Tracy Jenson filed this action against the Federal Aviation Administration and the National Air Traffic Controller's Association in the Small Claims and Conciliation Branch of the Superior Court of the District of Columbia, Civil Action No. SC 2007se(3) 1129. Plaintiff alleges that the defendants delayed his promotion and, after he was promoted, he was paid less money than he was entitled to receive.

2. The Federal Aviation Administration was served with a copy of the complaint via certified mail on February 8, 2007. A copy of the complaint and all other process received is attached hereto as Exhibit A.

3. Plaintiff's complaint alleges claims for "breach of contract, fraudulent acceptance of union dues, [and] financial assault." Complaint. Based upon his claims against both his former employer and the union, it appears Plaintiff may be alleging a hybrid claim under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

4. A Notice of Filing of Notice of Removal will be filed in the Superior Court of the District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded."

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442(a)(1) and 1446.

Dated: February 16, 2007

Respectfully submitted,

_Jeffrey A. Taylor/duh_
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_[signature]_
RUDOLPH CONTRERAS, D.C. Bar ##434122
Assistant United States Attorney

_[signature]_
MICHELLE N. JOHNSON, D.C. Bar # 491910
Assistant United States Attorney
555 4th Street, N.W. – Room E4212
Washington, DC 20530
(202) 514-7139
(202) 514-8780 (facsimile)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal and Notice of Filing of Notice of Removal has been made by hand-delivering a copy thereof to:

Duane B. Delaney, Clerk
D.C. Superior Court
500 Indiana Avenue, NW
Washington, DC 20001

and by delivering a copy by first-class mail, postage prepaid to:

Tracy Jenson
P.O. Box 35
Spirit Lake, ID 83869

    Pro se Plaintiff

and by delivering a copy by first-class mail, postage prepaid to:

Mr. Pat Forrey
National Air Traffic Controller's Association
1325 Massachusetts Avenue, N.W.
Washington, DC 20005

    National Air Traffic Controller's Association

_____
MICHELLE N. JOHNSON, D.C. Bar #491910
Assistant United States Attorney

# EXHIBIT A

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM -120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Form 1-1
General

**Plaintiff(s):** TRACY JENSEN
P.O. BOX 35
SPIRIT LAKE, ID. 83869
Phone No. (509) 481-7320

vs.

**Defendant(s):**
(1) NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION
(2) FEDERAL AVIATION ADMINISTRATION
(3) _____

No. SC 2007 SC(3) 1129

### STATEMENT OF CLAIM

DEFENDANT (FAA) UNION ATTEMPTED TO STOP MY PROMOTION, ONLY SUCCEEDING IN DELAYING MY PROMOTION BY 14 MONTHS, THEN UPON PROMOTION AGREED TO USE THE WRONG RULE TO CHANGE PAY SYSTEMS, PUTTING MY PAY AT $30,000 PER YEAR LESS THAN IF I WOULD HAVE BEEN PROMOTED ON TIME. RETURN OF UNION DUES AND REIMB FOR SALARY FROM UNION. BREACH OF CONTRACT, FRAUDULENT ACCEPTANCE OF UNION DUES, FINANCIAL ASSAULT

DISTRICT OF COLUMBIA, ss: Tracy A. Jensen — TRACY A. JENSEN being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Tracy A. Jensen — TRACY A. JENSEN
**Plaintiff(s)** (Sign and Print Name)

Address: P.O. BOX 35
City/State/Zip Code: SPIRIT LAKE, ID. 83869
Phone No: (509) 481-7320

Subscribed and sworn to before me this 23rd day of JAN 20 07

Deputy Clerk (or notary public)

**EDDIE LARUE**
Notary Public State of Nevada
No. 93-1085
My appt exp Mar 15, 2009

Attorney for Plaintiff (Sign and Print Name)
Address ___ Zip Code ___
Bar No ___ Phone No ___

### NOTICE (All parties must notify the court of any address changes.)

To:
(1) NATCH - PAT FORREY
1325 MASSACHUSETTS AVE. NW
WASHINGTON, D.C. 20005
☐ Home  ☑ UNION  ☐ Business

(2) FEDERAL AVIATION ADMINISTRATION - THOMAS ROMIG AGC-1
800 INDEPENDENCE AVE. SW
WASHINGTON D.C. 20591
☐ Home  ☑ FEDERAL AGENCY  ☐ Business

You are hereby notified that TRACY JENSEN has made a claim and is requesting judgment against you in the sum of FIVE THOUSAND dollars ($5,000.00) as shown by the foregoing statement. The court will hold a hearing upon this claim on 2/22/07 at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS, BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

# INSTRUCTIONS TO DEFENDANT

IMPORTANT: IF YOU FAIL TO APPEAR AT THE TIMES STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. DO NOT FAIL TO APPEAR AT THE **REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact one of the offices of the Legal Aid Society (NA 8-1161), Neighborhood Legal Services (682-2700) OR THE D.C. Law Students in Court program (638-4798) for help or come to 409 E Street NW., Room 120 for more information concerning places where you may ask for such help. **Act Promptly.**

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will advise you. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA 409 E STREET, N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. 409 E STREET, N.W., ROOM 120.

Form CV(5)-4123(see 8)

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Tracy Jenson
P.O. Box 35
Spirit Lake, ID 83869

**DEFENDANTS**

Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, DC 20591

National Air Traffic Controllers Association
1325 Massachusetts Avenue, NW
Washington, DC 20005

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

DATE STAMP: 02/16/2007

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Pro Se Plaintiff

CASE NUMBER   1:07CV00359
JUDGE: Richard W. Roberts
DECK TYPE: Labor/ERISA (non-employment)

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ● 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*      OR      ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ⦿ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☒ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding   ⦿ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. sections 1441(b), 1442(a) and 1446

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 2/16/07   SIGNATURE OF ATTORNEY OF RECORD  *Michelle M*...

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.