A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Tracy Jenson,

        Plaintiff(s)        )  **APPEARANCE**

        vs.        ) CASE NUMBER   1:07CV00359

Federal Aviation Administration,
and
National Air Traffic Controllers Association

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __William W. Osborne, Jr.__ as counsel in this
               (Attorney's Name)

case for: __National Air Traffic Controllers Association, AFL-CIO__
        (Name of party or parties)

February 20, 2007
Date

_[signature: William W Osborne]_
Signature

William W. Osborne, Jr.
Print Name

D.C. Bar No. 912089
BAR IDENTIFICATION

4301 Connecticut Ave., NW, Suite 108
Address

Washington, DC  20008
City    State    Zip Code

202-243-3200
Phone Number