UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRACY JENSON**, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.: 07-0359 (RWR) |
| **THE FEDERAL AVIATION ADMINISTRATION, et al.,** | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Federal Aviation Administration ("FAA"), through counsel, respectfully moves this Court for a three-week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed his pro se Complaint in the Superior Court for the District of Columbia on January 29, 2007. In his Complaint, Plaintiff asserts claims against the FAA, his former employer, and the National Air Traffic Controller's Association, the union that formerly represented him, for return of union dues, "breach of contract, fraudulent acceptance of union dues, [and] financial assault." (Complaint).

2. On February 16, 2007, the FAA filed a Notice of Removal, removing Plaintiff's complaint to this Court. Pursuant to Federal Rule of Civil Procedure 81(c), the FAA's answer or response to the complaint is due on or before February 26, 2007.

3. The undersigned counsel has been in contact with the FAA regarding a response to Plaintiff's complaint. The agency is in the process of forwarding the relevant documents in

this matter to the undersigned counsel, however, due to time constraints, these documents have not yet been provided.

4.  Because the undersigned counsel has not yet had an opportunity to review the relevant documents pertaining to Plaintiff's claims, she is unable to complete a response to Plaintiff's complaint at this time. Therefore, she is requesting additional time so that she may thoroughly investigate the facts in this matter. Accordingly, Defendant seeks a three-week extension of time, up to and including March 19, 2007, in which to answer or otherwise respond to Plaintiff's complaint.

5.  Pursuant to LCvR 7(m), counsel for the FAA contacted the pro se Plaintiff as well as counsel for the union. Neither the pro se Plaintiff nor the union opposes the relief sought herein.

Dated: February 23, 2007

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT, THE FEDERAL
AVIATION ADMINISTRATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRACY JENSON**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 07-0359 (RWR) |
| **THE FEDERAL AVIATION ADMINISTRATION, et al.**, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter having come before this Court on the consent motion of Defendant, the Federal Aviation Administration, for an enlargement of time to answer or otherwise respond to the complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before March 19, 2007.

**SO ORDERED** this _____ day of _____, 200___.

_____
RICHARD W. ROBERTS
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

TRACY JENSON
P.O. Box 35
Spirit Lake, ID 83869

on this 23rd day of February, 2007.

                                                              /s/
                                      MICHELLE N. JOHNSON