UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**TRACY JENSON**,                  )
                                   )
    **Plaintiff**,                )
                                   )
    v.                            )   Civil Action No. 07-359 (RWR)
                                   )
**FED. AVIATION ADMIN. et al.**,   )
                                   )
    **Defendants**.               )
_____)

### ORDER

Plaintiff filed this case on February 16, 2007 against defendants. By Order dated April 6, 2007, plaintiff was given until May 7, 2007 to respond to defendants' motions to dismiss, and warned that failure to respond could result in dismissal of the case. Plaintiff has failed to respond. Accordingly, it is hereby

ORDERED that defendants' motions [5, 6] to dismiss be, and hereby are, GRANTED as conceded. The complaint is DISMISSED. This is a final, appealable order.

SIGNED this 29th day of June, 2007.

                                                        _____/s/_____
                                                        RICHARD W. ROBERTS
                                                        United States District Judge